IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARSIAL R. GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-123-C |
| | ) | |
| ERIC FORESYTHE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge on Gary M. Purcell on August 20, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the Motions to Quash Service on Defendants Kim Hayes, Johny Baker, and Charles Taylor, M.D. (Dkt. Nos. 46 & 55) are granted, and these Defendants are dismissed without prejudice. The matter is recommitted to Judge Purcell under the original order of referral.

IT IS SO ORDERED this 24th day of September, 2014.

ROBIN J. CAUTHRON
United States District Judge