IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARSIAL R. GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-123-C |
| | ) | |
| ERIC FORESYTHE, SHANE WHITE, | ) | |
| DEBRA KEEF, CORWAN KING, | ) | |
| KARIN HAYES, AMY CRAIG, | ) | |
| FNU STEPHENS, and FNU FREEBORN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND JUDGMENT

This matter is before the Court on the Supplemental Report and Recommendation entered by United States Magistrate Judge February 25, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Supplemental Report and Recommendation (Dkt. No. 85) of the Magistrate Judge is adopted and judgment is entered for all Defendants against Plaintiff; EXCEPT Plaintiff's claim for "price-gouging" is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2015.

ROBIN J. CAUTHRON
United States District Judge